Application GRANTED.  An Order of Reference to Judge Stein will issue separately.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: March 8, 2024

UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH BARBATO,
    Plaintiff

v.

STONEX GROUP, INC.;
    Defendant

---

:    1:23-CV-10232 (JHR)

:    MARCH 7, 2024

## JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE TO CONDUCT SETTLEMENT CONFERENCE

Plaintiff Joseph Barbato and Defendant StoneX Group, Inc. file this joint motion for a referral to a Magistrate Judge to conduct a settlement conference.

On February 27, 2024, the Court issued an Order [Doc.#16] directing the parties to participate in the Court Annexed Mediation Program for employment discrimination cases.

The parties jointly agree that a settlement conference before a Magistrate Judge will be more productive in reaching a resolution in this matter.

The parties respectfully requests that the Court grant the instant motion.

                              Respectfully Submitted,

                              PLAINTIFF
                              JOSEPH BARBATO

                              By:   /s/
                              Mark P. Carey (mc6798)
                              Carey & Associates, P.C.
                              71 Old Post Road, Suite One
                              Southport, CT 06890

1

(203) 255-4150 tel
(203) 255-0380 fax
mcarey@capclaw.com
Counsel for Plaintiff

DEFENDANT

STONEX GROUP, INC.

By: ___/s/___
Nikolas S. Komyati
Fox Rothschild, LLP
49 Market Street
Morristown, NJ 07960-5122
(973) 326-7104 - direct
(973) 992-9125 - fax
nkomyati@foxrothschild.com
Counsel for StoneX Group, Inc.

**CERTIFICATION OF SERVICE**

Plaintiff hereby certifies that the undersigned has sent a copy of the foregoing motion upon the counsel for the Defendant Stonex Group, Inc. at the address below on this date via email and via first class mail, postage prepaid to:

Nikolas S. Komyati
Fox Rothschild, LLP
49 Market Street
Morristown, NJ 07960-5122
Counsel for Stonex Group, Inc.

___/s/___
Mark P. Carey

2