UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH BARBATO,

        Plaintiff,      **23 Civ. 10232 (JHR) (GS)**

   -against-         **PRE-SETTLEMENT**
                 **CONFERENCE ORDER**
STONEX GROUP, INC.,

        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

  This action is scheduled for a Telephone Conference for **Thursday, March 14, 2024 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 581 947 005#.**

  **SO ORDERED.**

DATED:  New York, New York
      March 11, 2024

                      _____
                      The Honorable Gary Stein
                      United States Magistrate Judge